# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANNAMARIE MUNN-DEBLOCK,  :
    Plaintiff,  :
                          :
- v-                             :  NO. 1:17-CV-01420
                          :
NANCY A. BERRYHILL,  :  FILED
Acting Commissioner  :  SCRANTON
of Social Security,  :
    Defendant.  :  SEP 12 2018

PER _____ DEPUTY CLERK

## ORDER

AND NOW, this 12th day of September, 2018, upon consideration of Plaintiff's Motion for Attorney Fees under the Equal Access to Justice Act and the Commissioner's Response thereto, it is hereby,

ORDERED that Plaintiff, Annamarie Munn-Deblock, is awarded Three Thousand Nine Hundred Sixty-Four dollars and Ten cents ($3,964.10) in attorney fees under the EAJA. These attorney fees will be paid directly to Plaintiff, Annamarie Munn-Deblock, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the

Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

BY THE COURT:

_____
RICHARD P. CONABOY
United States District Court Judge